UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LYNN C., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil no. 2:17-cv-00449-LEW |
| | ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) |
| | ) |
|     Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed November 6, 2018, the Recommended Decision is accepted.

Accordingly, is hereby ORDERED that the Commissioner's decision is AFFIRMED.

    /s/ Lance E. Walker
    LANCE E. WALKER
    UNITED STATES DISTRICT JUDGE

Dated this 26th day of November, 2018